**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| April N. Sycz | : | |
|         **Debtors** | : | Chapter 13 |
| | : | |
| April N. Sycz | : | Bankruptcy No. 18-13197 AMC |
|         **Movant** | : | |
|    v. | : | |
| | : | |
| PHH Mortgage Corporation | : | |
|         **Respondent** | : | |

# ORDER

**AND NOW**, this _____ day of _____ , 2020, upon consideration of MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES, Respondent's Answer thereto, and the record as a whole, it is hereby

**ORDERED** that MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENSAND ENCUMBRANCES is denied without the following provision:

1) Debtor shall include in the Order that either **PHH Mortgage Corporation** will be paid in full subject to a proper payoff quote at the time of closing or that any sale short of full payoff will be subject to **PHH Mortgage Corporation's** final approval.

2) Closing is required within 30 days of the payoff quote date or a new payoff is required within 30 days of closing.

                              **By The Court:**

                              _____

                              **Ashely M. Chan**

**U.S. Bankruptcy Judge**

cc: April N. Sycz
5200 Hilltop Drive, Apartment BB7
Brookhaven, PA 19015

Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

BRAD J. SADEK, Esquire
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

Scott F. Waterman, Esquire (Trustee)
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106